UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

25cr410 JMB/ECW

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | **INDICTMENT** |
| v. | ) | 8 U.S.C. § 1326(a) |
| | ) | 8 U.S.C. § 1326(b)(1) |
| CARLOS GUILLERMO ARAGON-BAEZ, | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Reentry of Removed Alien—Prior Felony)

On or about November 23, 2023, and again on or about October 9, 2025, in the State and District of Minnesota, the defendant,

**CARLOS GUILLERMO ARAGON-BAEZ,**

an alien, was found in the United States after having been removed therefrom on or about April 11, 2004, and February 12, 2011, and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission to the United States, and whose removal was subsequent to a conviction for commission of a felony, namely:

| Offense | Jurisdiction | Date of Conviction (On or about) |
|---|---|---|
| Illegal Re-Entry After Deportation | United States District Court, District of Arizona | June 7, 2010 |

SCANNED
OCT 28 2025
U.S. DISTRICT COURT MPLS

*United States v. Carlos Guillermo Aragon-Baez*

all in violation of Title 8, United States Code, Sections 1326(a) and 1326(b)(1).

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY                                  FOREPERSON