IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | |
|---|---|
| UNITED STATES OF AMERICA, | COURTROOM MINUTES - CRIMINAL |
| Plaintiff, | BEFORE: JOHN F. DOCHERTY |
| | U.S. Magistrate Judge |
| v. | |
| Carlos Guillermo Aragon-Baez, | Case No: 25-cr-410 (JMB/ECW) |
| | Date: October 29, 2025 |
| | Court Reporter: Tim Willette |
| | Courthouse: St. Paul |
| Defendant. | Courtroom: 6A |
| | Time Commenced: 1:58 p.m. |
| | Time Concluded: 2:06 p.m. |
| | Time in Court: 8 minutes |

APPEARANCES:

Plaintiff: Campbell Warner, Assistant U.S. Attorney
Defendant: Robert Meyers, Assistant Federal Defender
     X FPD          X To be appointed

Interpreter/ Language:   Esperanza Lopez-Dominguez/Spanish

Date Charges Filed: October 28, 2025          Offense: reentry of removed alien-prior felony.

     X Advised of Rights

on     X Indictment

X Defendant waives the right to the detention hearing.
X Defendant Ordered Detained. Government to submit proposed order.

X Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information:
X Oral Rule5(f) Brady notice read on the record.
X Consular notice read on the record.

                                                       _s/nah_____
                                                  Signature of Courtroom Deputy