UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,                          Case No: 25-cr-410 (JMB/ECW)

Plaintiff,

v.

**Brady Obligation Order**

Carlos Guillermo Aragon-Baez,

Defendant.

_____

Pursuant to the Due Process Protections Act  the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence-that is, evidence that favors the defendant or casts doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders the United States to do so.  Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or other sanctions by the court.

**IT IS SO ORDERED.**

Dated: October 29, 2025

*s/John F. Docherty*
John F. Docherty
U.S. Magistrate Judge