# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | BEFORE: JOHN F. DOCHERTY |
| | U.S. Magistrate Judge |
| v. | |
| Carlos Guillermo Aragon-Baez, | Case No: 25-cr-410 (JMB/ECW) |
| | Date: October 29, 2025 |
| Defendant. | Court Reporter: Tim Willette |
| | Courthouse: St. Paul |
| | Courtroom: 6A |
| | Time Commenced: 2:06 p.m. |
| | Time Concluded: 2:10 p.m. |
| | Time in Court: 4 minutes |

APPEARANCES:

Plaintiff: Campbell Warner, Assistant U.S. Attorney
Defendant: Robert Meyers
    X FPD

Interpreter/ Language:   Esperanza Lopez-Dominguez/Spanish

**Indictment Dated:** October 28, 2025

X Reading of Indictment Waived     X Not Guilty Plea Entered

Other Remarks:
X Counsel to be notified of additional dates by separate Order to be issued.

_____*s/nah*
Signature of Courtroom Deputy