UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 25-cr-410 (JMB/ECW)

UNITED STATES OF AMERICA,

    Plaintiff,

    v().  **ORDER OF DETENTION**

CARLOS GUILLERMO ARAGON-BAEZ,

    Defendant.

This matter came before the Court on October 29, 2025, for an initial appearance. Mr. Aragon-Baez was represented by Assistant Federal Defender Robert Meyers. The United States was represented by Assistant United States Attorney Campbell Warner. The Court had before it the indictment and the Pretrial Services Report ("bond report") in this matter.

At the hearing, Mr. Aragon-Baez stated that he wished to waive his right to contest detention and to remain in federal custody. Accordingly, for the reasons set forth below, the Court orders him detained.

FINDINGS AND CONCLUSIONS

Mr. Aragon-Baez is charged with Reentry of Removed Alien, in violation of 8 U.S.C. § 1326(a). Under 18 U.S.C. § 3142, pretrial detention may be ordered if the Government shows by clear and convincing evidence that release will result in a danger to the community, or if the Government shows by a preponderance of the evidence that release will result in a serious risk of flight. *United States v. Abad*, 350 F.3d 793, 797 (8th Cir. 2003); *United States v. Sazenski*, 806 F.2d 846, 848 (8th Cir. 1986).

At the initial appearance, Mr. Aragon-Baez stated that he wished to waive his right to a detention hearing and to remain in custody in order to take advantage of the Government's Fast Track program. The Court made appropriate inquiries about Mr. Aragon-Baez's decision on the record, and the Court finds that his waiver was knowing and voluntary. Based on that waiver and the information contained in the indictment and bond report, the Court finds that no condition or combination of conditions would adequately assure Mr. Aragon-Baez's future appearance if he were released.

## CONCLUSION

Accordingly, IT IS HEREBY ORDERED that:

1. The motion of the United States for detention of Mr. Aragon-Baez is granted;

2. Mr. Aragon-Baez is committed to the custody of the United States Marshals Service for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

3. Mr. Aragon-Baez shall be afforded reasonable opportunity to consult privately with his lawyer; and

4. Upon Order of the Court or request by the United States Attorney, the person in charge of the corrections facility in which Mr. Aragon-Baez is confined shall deliver him to the United States Marshal for the purpose of appearance in connection with a court proceeding.

Dated: November 3, 2025

                                         *s/ John F. Docherty*
                                         The Honorable John F. Docherty
                                         United States Magistrate Judge